Attalissa CHISM, as Claimant Individually and on Behalf of Scott J. Chism, Deceased, and Amy Ferreby, as Claimant Individually and on Behalf of Christopher Ferreby, Deceased, Petitioners,

v.

DEPARTMENT OF JUSTICE, Respondent.

No. 2009–8005.

United States Court of Appeals, Federal Circuit.

May 27, 2009.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion to voluntarily dismiss this petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.